IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

MARY KATHERINE HARRIS, on )
behalf of herself and all persons or )
entities similarly situated, )
)
    Plaintiff, )
)
vs. ) No. CIV-15-94-W
)
CHEVRON U.S.A., INC. et al., )
)
    Defendants. )

## ORDER

Pursuant to the terms of my senior status service, I recuse in this matter. The Clerk of the Court is DIRECTED to assign a successor judge by random selection in accordance with General Order 96-1.

ENTERED this 2nd day of February, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE